

111 E. Locust, Suite. 500
Angleton, TX 77515

979-864-1316
979-388-1316
281-756-1316

www.brazoria-county.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:45:01 PM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

NOTICE OF ASSIGNMENT ON AN ACCELERATED APPEAL

6/16/2015

TO:    FIRST COURT OF APPEALS

RE:    Cause No. **69510, in the 149th District Court**

Style;  **EUGENE ELDRIDGE, ET AL VS. COUNTY OF BRAZORIA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:        6/10/15
NOTICE OF APPEAL:            6/16/15
MOTION FOR NEW TRIAL:        NO
ORDER OVERRULING MOT N/T        N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  NO
REQUEST FOR REPORTERS RECORD FILED:    NO
METHOD OF DELIVERY:        TAMES PORTAL
JUDGE PRESIDING:            TERRI HOLDER
COURT REPORTER:            ROBIN RIOS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLANT:        BRAZORIA COUNTY

ATTORNEY(S) FOR APPELLANT:  RAETHELLA JONES, ASSISTANT DISTRICT ATTORNEY
TEL.:    979-864-1232
FAX :    979-849-8914
EMAIL ADDRESS:    rjones@brazoria-county.com
TEXAS BAR NO.:    75007981